**Gregory James HANSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54846.**

Missouri Court of Appeals,
Western District.

June 16, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court July 28, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

## ORDER

PER CURIAM.

Judgment affirmed. Rule 84.16(b).